

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2022

No. 04-21-00557-CV

**CARDINAL SENIOR CARE, LLC**,
Appellant

v.

Greg **BRADWELL**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI11679
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:        Rebeca C. Martinez, Chief Justice
                   Patricia O. Alvarez, Justice
                   Lori I. Valenzuela, Justice

On November 29, 2021, the trial court denied appellant's motion to compel arbitration as to its claims. On December 16, 2021, appellant filed its notice of appeal. On January 12, 2022, appellant filed a motion seeking a stay of the underlying proceedings during the pendency of their interlocutory appeal from an order denying their motion to compel arbitration. Appellee did not file a response.

Arbitration is intended to be a "rapid, inexpensive alternative to traditional litigation." *In re Merrill Lynch Tr. Co. FSB*, 235 S.W.3d 185, 195 (Tex. 2007) (quoting *Jack B. Anglin Co., Inc. v. Tipps,* 842 S.W.2d 266, 272–73 (Tex. 1992)). Requiring the parties to proceed in the trial court while the trial court's denial of appellant's motion to compel arbitration is appealed potentially leads to duplicative proceedings and unnecessary waste of party resources. *See Bowers v. Bowers*, No. 07-21-00097-CV, 2021 WL 3890306, at *1 (Tex. App.—Amarillo Aug. 31, 2021, no pet.) (staying trial court proceedings pending resolution of interlocutory appeal after denial of motion to compel arbitration); *PlainsCapital Bank v. Krasovec*, No. 03-19-00808-CV, 2020 WL 1071363, at *1 (Tex. App.—Austin Mar. 5, 2020, no pet.) (same); *Cielo Prop. Group, LLC v. Mulcahy*, No. 03-18-00587-CV, 2018 WL 4517369, at *1 (Tex. App.—Austin Sept. 20, 2018, no pet.) (same).

Accordingly, we grant appellant's motion and stay the trial-court proceedings until the disposition of the appeal or until further order of this court. *See* TEX. R. APP. P. 29.3 ("[T]he appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal . . ."); *In re Geomet Recycling LLC*, 578 S.W.3d 82, 87 (Tex. 2019) (orig. proceeding) (noting that Rule 29.3 authority may include stay orders).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court